IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN WALKER
ADC# 100722                                                                                          PETITIONER

VS.                                        5:07CV00213 JMM/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

Petitioner, who is currently incarcerated at the Varner Unit of the Arkansas Department of Correction, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (docket entry #1), and has paid the filing fee. The Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to serve a copy of the habeas Petition (docket entry #1) and this Order on the Respondent and the Arkansas Attorney General by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 24th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE