IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN WALKER
ADC #100722                                                                                     PETITIONER

VS.                                          5:07CV00213 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #1) is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 22nd day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE